# DECISION DISTRIBUTION LIST

FILING DATE __12-12-23__

☑ **MEMORANDUM DECISION**
☐ **OPINION**
☐ **DECISION ORDER**

1 CA-__CR__-__23-0248 PRPC_____ (County) __YAVAPAI_____

__STATE_____ v. __JACKSON_____

| | | |
|---|---|---|
| V. WARE _____ | ☑ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |
| R. JACKSON, JR. ____ | ☐ E-mail ☑ Mail | _____ ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |
| _____ | ☐ E-mail ☐ Mail | _____ ☐ E-mail ☐ Mail |

Appellant _____ (Anders Cases Only)
DOC (Dept of Corrections) __1_____ (CR Cases only)
**Total Copies** 2_____

DISPOSITION __REVIEW GRANTED; RELIEF DENIED_____ ____

COURT OF APPEALS JUDGES __JBM____ __CJB____ __BYF____ DEPT. __E____

JUDGE(s) ON APPEAL __MICHAEL R. BLUFF_____ ☑ E-mail ☐ OTHER
* **If Retired**, send copy of decision to presiding judge of that county.  If Maricopa, copy court administrator by e-mail.
* **If Other**, (commissioner, pro tem, hearing officer, resigned, not retained, or lost partisan election), send copy of decision to presiding judge of that county.  If Maricopa, copy court administrator.

Presiding Judge (if nec) _____ ☐ E-mail
Maricopa County Court Administrator Raymond Billotte (if nec) ☐ E-mail

**Maricopa only:**
**FC/FN** Judge Ronda Fisk ☐ E-mail
**TX** Judge Sarah Agne ☐ E-mail
**JV Delinquency** Judge Lori Bustamante ☐ E-mail
**PB/MH** Judge Dean Fink ☐ E-mail
**Other Cases:**
**IC** Hon. C. Andrew Campbell ☐ E-mail
**UB** Ernesto Espino ☐ E-mail
Victim Witness* (JV Delinquency, CR) ☐
  *(ONLY IF OTHER THAN AFFIRMED; MAILED BY CLERKS OFFICE)

DIVISION ONE
FILED: 12/12/23
AMY M. WOOD,
CLERK
BY: AA

Modified 7/13/2023